UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JUAN ANTONIO CUEVAS-JACOME, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:26-cv-00170-JPH-MJD |
| ) | |
| ) | |
| SHERIFF/WARDEN OF CLAY COUNTY ) | |
| DETENTION FACILITY, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ) | |
| KRIZELDA M. CUEVAS, Next Friend of ) | |
| Juan Antonio Cuevas-Jacome, ) | |
| ) | |
| Interested Party. ) | |

**ORDER ACKNOWLEDGING ORAL NOTICE OF
VOLUNTARY DISMISSAL AND DISMISSING PETITION**

On March 18, 2026, the Court held a telephonic hearing in this matter, during which Petitioner Juan Antonio Cuevas-Jacome made an oral motion to withdraw his Petition. The Court accepts Mr. Cuevas-Jacome's motion as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). The action is **dismissed without prejudice**. The **Clerk is directed to** close this action on the docket. No judgment is required under these circumstances.

**SO ORDERED.**

Date: 3/18/2026

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

1

JUAN ANTONIO CUEVAS-JACOME
Clay County Jail
Inmate Mail/Parcels
611 E. Jacson Street
Brazil, IN 47834

Krizelda M. Cuevas
1315 Sunset Dr.
Lafayette, IN 47905

2